**JENNER & BLOCK LLP**
Todd C. Toral (SBN 197706)
AnnaMarie A. Van Hoesen (SBN 282074)
Eric H. Lamm (SBN 324153)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
Email: TToral@jenner.com
         AVanHoesen@jenner.com
         ELamm@jenner.com

Attorneys for Defendants Speyside Fund LLC,
Alcast Company, Krishnan Venkatesan, Jeffrey Stone,
Eric Wiklendt, Jerry Johnson, Brian Holt, Steve Wessels,
Kevin Daugherty, Rataxasco LLC, Speyside Equity, LLC,
Kevin Daugherty, as Trustee of the TD 2011 Trust and PD 2011 Trust,
and Robert C. Sylvester

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC STEEL CASTING COMPANY LLC,<br><br>Debtor,<br><br>SARAH L. LITTLE, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>SPEYSIDE FUND, LLC, a Delaware limited liability company, et al.,<br><br>Defendants. | Case No.: 4:19-bk-40193-RLE<br>Chapter 7<br><br>Adversary Proceeding No.: 19-04057<br><br>Honorable Roger L. Efremsky<br><br>**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned attorney appears in the above-captioned proceedings as counsel to Defendants SPEYSIDE FUND LLC, a Delaware limited liability company; ALCAST COMPANY, an Illinois corporation; KRISHNAN VENKATESAN, an individual; JEFFREY STONE, an individual; ERIC WIKLENDT, an individual; JERRY JOHNSON, an individual; BRIAN HOLT, an individual; STEVE WESSELS, an individual; KEVEN DAUGHERTY, an individual; RATAXASCO LLC, a New York limited liability company; SPEYSIDE EQUITY LLC, a Delaware limited liability company; KEVIN DAUGHERTY, as Trustee of the TD 2011 Trust and PD 2011 Trust; and ROBERT C. SYLVESTER, an individual (collectively, "Defendants"). Defendants request that, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that the undersigned be added to the official mailing matric, CM/ECF, and service lists in the above-captioned proceedings.

Defendants further request that all notices given or required to be given in connection with the above-captioned proceedings, and all papers served or required to be served in connection therewith, be given and served upon:

**JENNER & BLOCK LLP**
Todd C. Toral (SBN 197706)
AnnaMarie A. Van Hoesen (SBN 282074)
Eric H. Lamm (SBN 324153)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
Email: TToral@jenner.com
          AVanHoesen@jenner.com
          ELamm@jenner.com

PLEASE TAKE FURTHER NOTICE that this request for special notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019, and to receive CM/ECF notification in the case. This request includes not only the notices and papers referred to in the Bankruptcy Rules and the

Bankruptcy Code, but also includes, without limitation, schedules, statements of financial affairs, operating reports, any and all notices in respect of any applications, motions, petitions, pleadings, requests, complaints, demands, orders, disclosure statements, letters, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and request for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Defendants. Furthermore, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be a waiver of Defendants' substantive or procedural rights, including without limitation: (i) Defendants' right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Defendants' right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Defendants' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments, all of which Defendants expressly reserve.

Dated: January 17, 2020  
JENNER & BLOCK LLP

By: */s/ Todd C. Toral*  
Todd C. Toral

*Attorneys for Defendants*  
*Speyside Fund LLC, Alcast Company, Krishnan Venkatesan, Jeffrey Stone, Eric Wiklendt, Jerry Johnson, Brian Holt, Steve Wessels, Kevin Daugherty, Rataxasco LLC, Speyside Equity LLC, Kevin Daugherty, as Trustee of the TD 2011 Trust and PD 2011 Trust, and Robert C. Sylvester*