**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re:<br>Pacific Steel Casting Company LLC<br>Debtor(s) | Case No.: 19–40193<br>Chapter: 7 |
| Plaintiff(s)<br>Sarah L. Little | Adversary Proceeding No. 19–04057 |
| vs. | |
| Speyside Fund, LLC, a Delaware limited liability company et al.<br>Defendant(s) | |

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on 10/27/2022 was filed on Monday, November 7, 2022. The following deadlines apply:

The parties have Monday, November 14, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, November 28, 2022.

If a request for redaction is filed, the redacted transcript is due Thursday, December 8, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, February 6, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Dion Rupa
330 Old Country Rd., Suite 300
Mineola, NY 11501

or you may view the document at the clerk's office public terminal.

Dated: 11/9/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court