# Notice Recipients

District/Off: 0971–4     User: admin     Date Created: 11/7/2022
Case: 19–04057     Form ID: TRANSAP     Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| pla | Sarah L. Little | sarah@littletrustee.com |
| aty | Jaye Quadrozzi | quadrozzi@youngpc.com |
| aty | Jessica L. Bagdanov | jbagdanov@bg.law |
| aty | Michael Lauter | mlauter@sheppardmullin.com |
| aty | Todd C. Toral | ttoral@jenner.com |

TOTAL: 5