The following constitutes the order of the Court.
Signed: November 1, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Emails: jkomorsky@bg.law
jbagdanov@bg.law

Special Litigation Counsel for
Sarah L. Little, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 4:19-bk-40193-CN |
| PACIFIC STEEL CASTING COMPANY LLC, | Chapter 7 |
| Debtor. | Adv. No. 19-04057 |
| | Hon. Charles Novack |
| SARAH L. LITTLE, Chapter 7 Trustee, | **ORDER APPROVING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
| Plaintiff, | |
| v. | |
| SPEYSIDE FUND, LLC, a Delaware limited liability company, et al., | Current Status Conference: |
| Defendants. | Date: November 3, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 215/via ZoomGov |
| | Continued Status Conference: |
| | Date: December 1, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 215/via ZoomGov |

2939879

-1-

The Court, having reviewed and considered the Joint Stipulation to Continue Status Conference [Doc. 305] (the "Stipulation"), entered into among Sarah L. Little, the duly appointed and acting chapter 7 trustee ("Trustee") for the bankruptcy estate of Pacific Steel Casting Company LLC (the "Debtor"), on the one hand, and Defendants Speyside Fund, LLC, The Alcast Company, Krishnan Venkatesan, Jeffrey Stone, Eric Wiklendt, Jerry Johnson, Brian Holt, Steve Wessels, Kevin Daugherty, individually and in his capacity as Trustee of the TD 2011 Trust and PD 2011 Trust, RataxasCo LLC, Speyside Equity LLC, and Robert C. Sylvester (together, "Defendants"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the status conference presently scheduled for November 3, 2023 is continued to December 1, 2023 at 11:00 a.m.

IT IS SO ORDERED.

***END OF ORDER***

**COURT SERVICE LIST**

ECF Participants