```
STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Emails:     jkomorsky@bg.law
            jbagdanov@bg.law

Special Litigation Counsel for
Sarah L. Little, Chapter 7 Trustee
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 4:19-bk-40193-CN |
| PACIFIC STEEL CASTING COMPANY LLC, | Chapter 7 |
| Debtor. | Adv. No. 4:19-ap-04057-CN |
| | Hon. Charles Novack |
| SARAH L. LITTLE, Chapter 7 Trustee, | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FULLY CONSUMMATED SETTLEMENT** |
| Plaintiff, | |
| v. | |
| SPEYSIDE FUND, LLC, a Delaware limited liability company, et al., | [No Hearing Required] |
| Defendants. | |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Sarah L. Little, the duly appointed and acting chapter 7 trustee ("Trustee") for the bankruptcy estate of Pacific Steel Casting Company LLC (the "Debtor") and Plaintiff herein, hereby DISMISSES this action with prejudice as to each and every defendant, pursuant to the Court approved settlement agreement which has been fully consummated and which authorizes the Trustee to unilaterally dismiss this action. *See* Settlement Agreement and Release of

-1-
Case: 19-04057    Doc# 309    Filed: 01/25/24    Entered: 01/25/24 15:52:04    Page 1 of 3

Claims Agreement, attached as Exhibit A to Bk. Doc. No. 112, § 8, which states, "Within seven (7) days of Trustee's receipt of the Settlement Payment, the Trustee shall voluntarily dismiss the Proceedings with prejudice as to each and every Defendant."

Dated: January 25, 2024  BG LAW LLP

By: /s/ Jessica L. Bagdanov
     Jason B. Komorsky
     Jessica L. Bagdanov
Special Counsel for Plaintiff Sarah L. Little,
Chapter 7 Trustee

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Los Angeles and my business address is 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.

On **January 25, 2024**, I served the following document(s): **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FULLY CONSUMMATED SETTLEMENT** upon the following interested parties, in the manner indicated below:

## BY FIRST CLASS MAIL

☐ On _____, I enclosed the document(s) in sealed envelope(s) with postage fully prepaid thereon, and deposited it for collection and delivery by the United States Postal Service in the ordinary course of business, addressed as follows:

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

☒ On **January 25, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Daniel Bobier**   dbobier@jenner.com
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jane Kim**   jkim@kbkllp.com
- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Michael Lauter**   mlauter@sheppardmullin.com
- **Dara Levinson Silveira**   dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Sarah L. Little**   sarah@littletrustee.com, c141@ecfcbis.com,nancy@littletrustee.com,ecf.alert+Little@titlexi.com
- **Jaye Quadrozzi**   quadrozzi@ygqlaw.com, efiling@youngpc.com
- **Todd C. Toral**   ttoral@jenner.com, DL_Pac-Steel@jenner.com
- **Bradley M. Zamczyk**   bzamczyk@hinshawlaw.com, cpena@hinshawlaw.com

## TO BE SERVED BY E-MAIL

☐ On _____, I served the following persons and/or entities by email at the email addresses stated below:

## TO BE SERVED BY OVERNIGHT DELIVERY

☐ On _____, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier on the parties/addresses below:

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed **January 25, 2024**, at Woodland Hills, California.

/s/ Mela Galvan
Mela Galvan